UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUCE E. KATZ, M.D., P.C.,

      Plaintiff,

v.                                              Case No.: 6:23-cv-910-WWB-RMN

OPS INTERNATIONAL, INC.,

      Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. On May 24, 2023, the parties were notified of their obligation to comply with Local Rule 3.02(a)(2), requiring the filing of a case management report within forty days after any defendant appears. (Doc. 7). The parties were also cautioned that failure to comply with any local rule or orders of this Court could result in dismissal of this case without further notice. (Doc. 6). Defendant appeared in this case on June 13, 2023, but no case management report has been filed and the time to do so has passed.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to comply. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on July 28, 2023.


_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record